UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00576-SVW-ADS | Date | February 23, 2021 |
|---|---|---|---|
| Title | *Joshua Edin et al. v. BSH Home Appliances Corp.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING CASE WITHOUT PREJUDICE.

On January 27, 2021 this Court ordered Plaintiff to file an amended complaint within twenty-one days.  Dkt. 63.  Since that date, Plaintiff failed to file an amended complaint or file any other documents with this Court.

Accordingly, Plaintiff's case is DISMISSED without prejudice.

IT IS SO ORDERED.

                                                                                                    :
                                                                                  Initials of Preparer
                                                                                                PMC